**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| ALANA HARRISON, individually and on behalf of all others similarly situated, | Case No.: 3:19-cv-00288-TMR |
| Plaintiff, | **CLASS ACTION** |
| v. | JUDGE THOMAS M. ROSE |
| MONTGOMERY COUNTY OHIO, | <u>**NOTICE OF APPEAL**</u> |
| Defendant. | |

Plaintiff, Alana Harrison, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the granting of the Defendant's Motion to Dismiss and Judgement entered in this action on August 28, 2020 (DE. 26 and DE. 27) Copies of the Judgement Entry and Opinion are attached.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Michael A. Smith, Jr. (0097147)
Dann Law
P.O. Box. 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

Andrew M. Engel (0047371)
Andrew M. Engel Co., LPA
7925 Paragon Rd.
Dayton, OH 45459
Telephone: (937) 221-9819
Facsimile: (937) 433-1510
aengel@amengellaw.com

Thomas A. Zimmerman, Jr. (*pro hac vice*)
*tom@attorneyzim.com*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*www.attorneyzim.com*

*Counsel for Plaintiff and the putative Class*

## CERTIFICATION OF SERVICE

I hereby certify that on September 25, 2020 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Marc Dann*
Marc E. Dann (0039425)
**DANN LAW**

*Counsel for Plaintiff and the putative Class*