# EXHIBIT 2

08/20/2018 FINDING OF FACT AS TO VALUE
32523677

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, August 20, 2018 10:27:43 AM
CASE NUMBER: 2017 BR 00653 Docket ID: 32523677
RUSSELL M JOSEPH
CLERK OF COURTS MONTGOMERY COUNTY OHIO

### IN THE BOARD OF REVISION
### MONTGOMERY COUNTY, OHIO

| | | |
|---|---|---|
| CAROLYN RICE, as Treasurer of Montgomery County, Ohio, [Certificate Holder] | : | Case No. 2017 BR 653 |
| Plaintiff, | : | |
| vs. | : | **FINDING OF FACT AS TO VALUE** |
| Frances C. Brooks, et al., | : | |
| Defendants. | : | |

This matter came on to be heard upon the Petition of:

_X_ the Treasurer
___ the Certificate Holder
___ Owner or Interested Party
___ the Board, Sua Sponte,

pursuant to O.R.C. 323.71, to determine the fair market value of the parcel(s) which are the subject of the proceeding and to determine whether such value exceeds the combined amount of taxes, interest, penalties, assessments, charges and costs ("Impositions") levied against such parcel(s). Pursuant to O.R.C. 323.71 it is a rebuttable presumption that the Auditor's value is the fair market value of the parcel(s). Based on the latest duplicate, the Auditor's combined valuation for the subject parcel(s) is/are:

Auditor's Value: $ 22,600
Total Impositions $ 19,664.44

Based on the preponderance of available evidence, the Board finds that the fair market value of the parcel(s) is/are $ 22,600 .

IT IS SO ORDERED:

_Linda Martin_ (signature)
County Treasurer/appointee
Date: 6-22-18

_____
County Auditor/appointee
Date: _____

_Nancy A. Simpson_ (signature)
County Commissioner/appointee
Date: 6-22-18

I hereby certify this to be a true and correct copy.
Witness my hand and seal this 21ST day of October 2019.

_(signature)_
Clerk of Common Pleas
Court of Montgomery County, Ohio

By _(signature)_
Deputy